**Reversed and Remanded and Memorandum Majority Opinion and Memorandum Concurring Opinion filed August 23, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00804-CV

### JENNIFER GWYNNE CAPELO, AS ADMINSTRATOR OF THE ESTATE OF DECEDENT JUNE YVONNE RIVERA, Appellant

### V.

### GALE LILLIMAN D/B/A GULF COAST BAIL BONDS, Appellee

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0077921-A**

### MEMORANDUM CONCURRING OPINION

I agree that there is a fact question on the existence of the partnership in the past. But the evidence in this case conclusively establishes that, as of 2003, when Rivera let her license lapse, any alleged partnership between the parties was over. *See Villanueva v. Gonzalez*, 123 S.W.3d 461, 465–67 (Tex. App.—San Antonio 2003, no pet.) (cited with approval by the majority).

Whether or not Capelo still has any claim for Rivera's estate—over a partnership that dissolved in 2003—is left to be determined as it was not covered in the motion for summary judgment.


/s/     Tracy Christopher
          Chief Justice


Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.